Robert C. Schubert (S.B.N. 62684)
(rschubert@sjk.law)
Dustin L. Schubert (S.B.N. 254876)
(dschubert@sjk.law)
Amber L. Schubert (S.B.N. 278696)
(aschubert@sjk.law)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union. St., Suite 200
San Francisco, California 94123
Telephone:    (415) 788-4220
Facsimile:    (415) 788-0161

*Counsel for Interested Party Plaintiffs*
*Robert Bass and Jody Frease*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| DENNIS R. WERLEY, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ORRICK, HERRINGTON & SUTCLIFFE, INTERNATIONAL LLP,<br><br>Defendant. | Case No. 3:23-cv-04089-SI<br><br>**INTERESTED PARTY PLAINTIFFS' NOTICE OF RELATED CASE AND INTENTION TO FILE A RESPONSE TO PENDING CONSOLIDATION MOTION**<br><br>Assigned to the Hon. Susan Illston |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that interested party plaintiffs Robert Bass and Jody Frease, plaintiffs in the action captioned *Bass, et al. v. Orrick, Herrington & Sutcliffe LLP*, No. 3:23-cv-06227 (N.D. Cal.), hereby provide notice of the *Bass* action as potentially related to the above-captioned matter pursuant to L.R. 3-12(a) and of their intention to file a timely response to the pending Unopposed Motion to Consolidate Cases and Appoint Interim Class Counsel (Dkt. No. 26) (the "Motion").

**Interested Party Plaintiffs' Preliminary Statement Regarding the Pending Motion**

On November 30, 2023, plaintiffs in the above-captioned *Werley* action and *Jensen v. Orrick, Herrington & Sutcliffe, LLP*, No. 3:23-cv-04433-SI (N.D. Cal.), filed their Motion seeking to consolidate the *Werley* and *Jensen* cases under Fed. R. Civ. P. 42(a) and to appoint interim class and liaison counsel under Fed. R. Civ. P. 23(g). The Motion is styled as "unopposed."

On December 1, 2023, plaintiffs Robert Bass and Jody Frease filed the *Bass* action. *Bass*, like *Werley* and *Jensen*, is a putative class action arising out of a March 2023 data breach that targeted the law firm Orrick, Herrington & Sutcliffe, LLP ("Orrick") and is based on the same or substantially similar facts. Orrick is named as a defendant in all three actions. Upon its filing, plaintiffs' counsel in *Bass* alerted all counsel in *Werley* and *Jensen* that the matter may be related pursuant to L.R. 3-12(a) and began the process of meeting and conferring with such counsel as to whether all parties would stipulate to such relief pursuant to L.R. 7-11(a). If these actions are deemed related, consolidation of all three actions may also be appropriate under Fed. R. Civ. P. 42(a).

Furthermore, the *Werley* and *Jensen* plaintiffs also seek the appointment of William B. Federman as interim lead counsel and Robert Green as interim liaison counsel under Fed. R. Civ. P. 23(g). Counsel for the *Bass* plaintiffs intends to meet and confer with Mr. Federman and Mr. Green in a good-faith effort to reach agreement on an appropriate organizational structure for these cases. They expect to provide the Court with an update on these discussions with their response to the Motion. Accordingly, the *Bass* plaintiffs respectfully suggest that it would be premature for the Court to rule on the pending Motion until after they have had a chance to complete this meet-and-confer process and file their response.

SCHUBERT JONCKHEER & KOLBE LLP
2001 Union St., Suite 200
San Francisco, CA 94123
(415) 788-4220

Consistent with the deadline imposed by L.R. 7-3(a), interested party plaintiffs Bass and Frease will file their response to the pending Motion on or before December 14, 2023.

Dated: December 1, 2023

**SCHUBERT JONCKHEER & KOLBE LLP**

*/s/ Dustin L. Schubert*
Dustin L. Schubert

Robert C. Schubert (S.B.N. 62684)
Dustin L. Schubert (S.B.N. 254876)
Amber L. Schubert (S.B.N. 278696)
**SCHUBERT JONCKHEER & KOLBE LLP**
2001 Union St., Suite 200
San Francisco, California 94123
Telephone:   (415) 788-4220
Facsimile:   (415) 788-0161
E-mail:   rschubert@sjk.law
          dschubert@sjk.law
          aschubert@sjk.law

*Counsel for Interested Party Plaintiffs Robert Bass and Jody Frease*