UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS R. WERLEY,

        Plaintiff,

  v.

ORRICK, HERRINGTON & SUTCLIFFE
INTERNATIONAL, LLP, et al.,

      Defendants.

Case No. 23-cv-04089-SI
*Relating Cases 23-cv-6227 and 23-cv-6264*

**ORDER RELATING CASES**

Re: Dkts. No. 38, 39

The Court GRANTS plaintiff's administrative motion and Stipulation to relate *Robert Bass and Jody Frease v. Orrick, Herrington & Sutcliffe International, LLP*, Case No. 3:23-cv-06227 (N.D. Cal. Filed December 1, 2023) ("Bass"); and, *Kimberley L. McCauley v. Orrick, Herrington & Sutcliffe, LLP, Case No. 3:23-cv-06264-SI* (N.D. Cal. Filed December 4, 2023) ("McCauley") to this action. The Court informs the *Bass and McCauley* parties that an initial case management conference is scheduled for December 15, 2023 at 2:30 p.m. via zoom. All counsel who wish to appear on the record will send an email with their name, the party they represent, the case name, hearing type and date of hearing to sicrd@cand.uscourts.gov.

      **IT IS SO ORDERED**.

Dated: December 13, 2023

                      SUSAN ILLSTON
                      United States District Judge

United States District Court
Northern District of California