VALARIE WILLIAMS (SBN 335347)
valarie.williams@alston.com
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, California 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001

KRISTINE BROWN (admitted pro hac vice)
Kristy.brown@alston.com
DONALD HOUSER (admitted pro hac vice)
Donald.houser@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000

*Attorneys for Defendant*
Orrick, Herrington & Sutcliffe LLP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| DENNIS R. WERLEY, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> ORRICK, HERRINGTON & SUTCLIFFE, INTERNATIONAL LLP, <br><br> Defendant. | Case No.: 3:23-cv-04089-SI <br><br> **STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' UNOPPOSED AMENDED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL** <br><br> **THE HON. SUSAN ILLSTON** |
| ROBERT D. JENSEN, individually and on behalf of all similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> ORRICK, HERRINGTON & SUTCLIFFE, LLP, | Case No.: 3:23-CV-04433-SI |

| | |
|---|---|
| Defendant. | |
| Robert Bass and Jody Frease, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:23-CV-06227 |
| Plaintiffs, | |
| v. | |
| ORRICK, HERRINGTON & SUTCLIFFE LLP, | |
| Defendant. | |
| KIMBERLY L. McCAULEY, individually and on behalf of all similarly situated individuals, | Case No.: 3:23-CV-06264 |
| Plaintiff, | |
| v. | |
| ORRICK, HERRINGTON & SUTCLIFFE, LLP, | |
| Defendant. | |

**STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' UNOPPOSED AMENDED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CLASS COUNSEL**

On December 13, 2023, Plaintiffs in the above-captioned actions filed an Unopposed Amended Motion to Consolidate Cases and Appoint Interim Class Counsel (ECF No. 40). Defendant Orrick, Herrington & Sutcliffe LLP ("Orrick") does not oppose the relief sought in the Motion. Orrick's non-opposition is expressly limited to consolidation and appointment of the proposed Plaintiffs' counsel leadership structure. *See* ECF No. 40 at n.3.

DATED: December 18, 2023                    ALSTON & BIRD LLP

By: */s/ Kristine M. Brown*_____
Kristine M. Brown
*Attorney for Defendant Orrick, Herrington & Sutcliffe, LLP*