VALARIE WILLIAMS (SBN 335347)
valarie.williams@alston.com
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, California 94105
Telephone: 415-243-1000
Facsimile:  415-243-1001

KRISTINE BROWN (admitted pro hac vice)
Kristy.brown@alston.com
DONALD HOUSER (admitted pro hac vice)
Donald.houser@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000

*Attorneys for Defendant*
Orrick, Herrington & Sutcliffe LLP

William B. Federman
*Admitted Pro Hac Vice*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Counsel for Plaintiffs Werley and Jensen and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ORRICK, HERRINGTON & SUTCLIFFE LLP DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | Case No.: 3:23-cv-04089-SI<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION ACTIVITIES PENDING FILING OF MOTION FOR PRELIMINARY APPROVAL.**<br><br>**THE HON. SUSAN ILLSTON** |

**NOTICE OF SETTLEMENT; JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, on December 14, 2023, Plaintiffs Dennis Werley and Robert Jensen and Defendant Orrick, Herrington & Sutcliffe LLP ("Orrick") reached an agreement in principle to settle

the above-captioned actions on a class-wide basis (which includes those of Plaintiffs Bass, Freaze, and McCauley);

WHEREAS, on December 18, 2023, the Court granted Plaintiffs' Unopposed Amended Motion to Consolidate Cases and Appoint Interim Class Counsel [ECF No. 40], which consolidated the Werley, Jensen, Bass, and McCauley actions and appointed William Federman as interim class counsel;

WHEREAS, the Parties are in the process of finalizing the remaining terms of the agreement, drafting a formal settlement agreement, and preparing the ancillary documents that will be presented to the Court in connection with a motion seeking preliminary approval of the settlement (the "Preliminary Approval Motion");

WHEREAS, the Parties have agreed to use all reasonable efforts to promptly finalize and execute the formal settlement agreement;

WHEREAS, Plaintiffs will file the Preliminary Approval Motion promptly after the settlement is finalized and the formal settlement agreement is fully executed which the parties believe will be within the next fifteen (15) days;

WHEREAS, in light of the Parties' agreement to settle this action, further litigation activities at this stage would be an inefficient use of the Court's and the Parties' time and resources;

NOW, THEREFORE, it is hereby stipulated and agreed by the Parties through their respective undersigned attorneys of record, that:

1. The Court should enter an order staying this action in its entirety and vacating all current dates and deadlines.
2. The Parties shall file a status report within 35 days of entry of an order granting this joint stipulation in the event that Plaintiffs have not yet filed the Preliminary Approval Motion. Nothing contained herein shall prevent the Court from entering any Order it deems appropriate.

**IT IS SO STIPULATED AND REQUESTED.**

DATED: December 21, 2023                ALSTON & BIRD LLP

By: /s/ Kristine M. Brown[1]
Kristine M. Brown
*Counsel for Defendant Orrick, Herrington & Sutcliffe, LLP*

DATED: December 21, 2023                FEDERMAN & SHERWOOD

By:  / s / William B. Federman
William B. Federman
*Admitted Pro Hac Vice*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com

*Counsel for Plaintiffs in the Werley and Jensen Actions and the Putative Classes*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: _____

_____
Honorable Susan Illston
United States District Judge

---

[1] Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from all signatories.