William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:     (405) 235-1560
wbf@federmanlaw.com
*Admitted Pro Hac Vice

*Counsel for Plaintiffs and Interim Lead Counsel for the Class*

VALARIE WILLIAMS (SBN 335347)
valarie.williams@alston.com
ALSTON & BIRD LLP
560 Mission Street, Suite 2100
San Francisco, California 94105
Telephone: 415-243-1000
Facsimile:  415-243-1001

KRISTINE BROWN (admitted pro hac vice)
Kristy.brown@alston.com
DONALD HOUSER (admitted pro hac vice)
Donald.houser@alston.com
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000

*Attorneys for Defendant Orrick, Herrington & Sutcliffe LLP*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| IN RE: ORRICK, HERRINGTON & SUTCLIFFE, LLP DATA BREACH LITIGATION<br><br>This Document Relates To:<br><br>All Actions. | Master File No.: 3:23-cv-04089-SI<br><br>**JOINT STATUS REPORT** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

-1-
IN RE: ORRICK, HERRINGTON & SUTCLIFFE, LLP DATA BREACH LITIGATION (Case No. 3:23-cv-04089-SI)
JOINT STATUS REPORT

1    PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action and Defendant Orrick, Herrington & Sutcliffe LLP submit the following Joint Status Report

1.  On December 21, 2023, the above-mentioned parties issued a Notice of Settlement and Joint Stipulation and [Proposed] Order to Stay Litigation Activities Pending Filing for Preliminary Approval. [Doc. 50].

2.  On December 21, 2023, this Court issued an Order staying litigation activities pending filing for preliminary approval ("Order"). [Doc. 51].

3.  The Order states that "Plaintiffs will file the Preliminary Approval Motion promptly after the settlement is finalized and the formal settlement agreement is fully executed which the parties believe will be within the next fifteen (15) days." *Id.* at p. 2.

4.  The Order further states "[t]he Parties shall file a status report within 35 days of entry of an order granting this joint stipulation in the event that Plaintiffs have not yet filed the Preliminary Approval Motion." *Id.*

5.  On January 26, 2024, the Parties filed a Status Report. [Doc. 54].

6.  On January 26, 2024, this Court issued an order requiring the Parties to file a Joint Status Report on February 26, 2024. [Doc. 55].

7.  The Parties have continued to use diligent efforts to promptly finalize and execute the formal settlement agreement. The Parties have shared multiple drafts and continue to discuss the terms on a consistent basis. The Parties have made significant progress in finalizing the settlement agreement and finding a fair and reasonable claims administrator.

8.  In this continued effort, the Parties have not yet finalized the settlement and formal settlement agreement.

9.  As such, Plaintiffs are not yet ready to file the Preliminary Approval Motion.

10. The Parties believe that they will finalize the settlement and formal settlement agreement, and file their Motion for Preliminary Approval, within the next thirty (30) days.

Dated: February 26, 2024         By:    */s/ William B. Federman*

William B. Federman*
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:     (405) 235-1560
Email: wbf@federmanlaw.com
*Admitted Pro Hac Vice*

/s/ Kristine M. Brown
Kristine M. Brown (admitted pro hac vice)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Kristy.brown@alston.com
Telephone: 404-881-7000

**FILER'S ATTESTATION**

I, William B. Federman, am the ECF User whose identification and password are being used to file this Unopposed Amended Motion to Consolidated and Appoint Interim Lead Counsel. In compliance with Local Rule 5-1(i)(3), I hereby attest that the foregoing signatures identified above concur in this filing's content and have authorized its filing.

/s/William B. Federman
William B. Federman

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

/s/William B. Federman
William B. Federman

-3-
IN RE: ORRICK, HERRINGTON & SUTCLIFFE, LLP DATA BREACH LITIGATION (Case No. 3:23-cv-04089-SI)
JOINT STATUS REPORT