UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ORRICK, HERRINGTON & SUTCLIFFE INTERNATIONAL, LLP DATA BREACH LITIGATION | Case No. 23-cv-04089-SI<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND SETTING NEW BRIEFING; HEARING REMAINS ON MAY 31, 2024** |

On April 11, 2024, plaintiffs filed a motion for preliminary approval of a class action settlement. The motion is scheduled for a hearing on May 31, 2024. The Court has reviewed the motion and it does not fully comply with the Northern District's Procedural Guidance for Class Action Settlements. *See* Procedural Guidance for Class Action Settlements, found at https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/. For example, the motion does not state that the settlement classes are different than the classes alleged in the amended complaint or explain why the differences are appropriate, nor does the motion address any differences between the claims to be released and the claims in the amended complaint. The proposed notice is also defective in that, for example, it requires objections to be mailed to counsel and does not provide instructions on how to access the case docket. These examples are illustrative and there may be other deficiencies as well, as the Court's review of the motion was only preliminary.

The Court directs plaintiffs to file a supplemental motion that complies with the Procedural Guidance no later than **April 26, 2024**. Responses shall be filed by **May 10**, and replies shall be

filed by **May 17**.  <u>**The hearing remains scheduled for May 31, 2024 at 10 a.m. via zoom.**</u>

     **IT IS SO ORDERED**.

Dated: April 16, 2024

                                          SUSAN ILLSTON
                                          United States District Judge