Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ORRICK, HERRINGTON & SUTCLIFFE, LLP DATA BREACH LITIGATION, | Case No.  3:23-CV-04089-SI |
| | CLASS ACTION |
| This Document Relates To: | **DECLARATION OF VANESSA SANTACRUZ RE: NOTICE PROCEDURES** |
| All Actions. | |

I, Vanessa Santacruz, declare and state as follows:

1.      I am a Case Coordinator with Verita (formerly known as KCC), located at 222 Pacific Coast Highway, El Segundo, CA 90245. Pursuant to the Order Granting Preliminary Approval, Appointing Class Representative and Counsel (the "Preliminary Approval Order") dated May 31, 2024, the Court appointed Verita as the Claims Administrator in connection with the proposed Settlement of the above-captioned Action.[1]  I have personal knowledge of the matters stated herein and, if called upon, could and would testify thereto.

## CAFA NOTIFICATION

2.      In compliance with the Class Action Fairness Act ("CAFA"), 28 U.S.C. Section 1715, KCC compiled a CD-ROM containing the following documents: Class Action Complaint and Demand for Jury Trial, Amended Class Action Complaint and Demand for Jury Trial, Answer to Amended Class Action Complaint, Joint Notice of Settlement and Motion to Stay, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, Declaration of Avi Kaufman in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class, Proposed Order Preliminarily Approving Class Action Settlement, Direct-Mail Notice, Full Notice, Settlement Agreement and Release,

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Settlement Agreement dated  May 31, 2024, and/or the Preliminary Approval Order.

Proposed Final Order and Judgment Granting Final Approval of Class Action Settlement, class data, and a cover letter (collectively, the "CAFA Notice Packet"). A copy of the cover letter is attached hereto as Exhibit A.

3.      On September 6, 2019, KCC caused 58 CAFA Notice Packets to be mailed via Priority Mail from the U.S. Post Office located at 555 S. B.B. King Blvd., Memphis, TN 38101 to the parties listed on Exhibit B, i.e., the U.S. Attorney General, the Attorneys General of each of the 50 states in which Settlement Class Members reside and the District of Columbia, as well as the parties of interest to this Action.

4.      As of the date of this Declaration, KCC has received no response to the CAFA Notice Packet from any of the recipients identified in paragraph 3 above.

## CLASS LIST

5.      On April 15, 2024, Verita received from Alston & Bird a data file identifying 635,910 persons as the Class List.  The Class Lists included names, addresses, and email addresses.

6.      On June 10, 2024, Verita received from T. Rowe Price a data file identifying 684 persons as the Class List.  The Class Lists included names, addresses, and email addresses.

7.      Verita received a total of 636,594 persons identified as the Class List. Of the 636,594, 13,829 records were removed from the Class List as they were found to be exact duplicate records; same name and address. Thus, the final Class List included 622,765 Class Members. Of these 622,765, 17 records did not have a valid postal address and/or email address; thus, they were not Noticed.

8.      Verita formatted the Class List for mailing purposes and processed the names and addresses through the National Change of Address Database ("NCOA") to update any addresses on file with the United States Postal Service ("USPS").  A total of 22,022 addresses were found and updated via NCOA.  Verita updated its proprietary database with the Class List.

**MAILING OF THE NOTICE PACKET**

9.       On July 30, 2024, Verita caused the Postcard Notice (collectively, the "Notice") to be printed and mailed to 622,035 valid names and addresses in the Class List. A true and correct copy of the Notice is attached hereto as Exhibit C.

10.       Since mailing the Notices to the Class Members according to the mailing addresses from the Class List that had been run through the National Change of Address Database, Verita has received 58,675 Notices returned by the USPS with undeliverable addresses. Through credit bureau and/or other public source databases, Verita performed address searches for other undeliverable Notices and was able to find updated addresses for 14,197 Class Members to which the notice was promptly remailed.

**INDIVIDUAL NOTICE-EMAIL**

11.       The Class List included an email address for 730 Class Members. The email addresses in the Class List underwent a cleansing and validation process to removes extra spaces, fixe common typographical errors in domain names, and correct insufficient domain suffixes (e.g., gmal.com to gmail.com, etc.) and remove known bad email addresses. Email addresses not designated as a known bad address were then verified by contacting the Internet Service Provider ("ISP") to determine if the email address existed; 17 email addresses returned as invalid email.

12.       On July 30, 2024, Verita caused the Email Notice to be sent to 713 valid email addresses in the Class List.  Of the 713 emails sent, 19 emails returned as undeliverable. A postal address for these 19 Class Members was not available; thus, a Notice was not mailed.  A true and correct copy of the Email Notice is attached hereto as Exhibit D.

**NOTICE RESULTS**

13.       Email Notices and/or Postcard Notices were sent to 622,748 of the 622,765 known Settlement Class Members (17 not Noticed as we did not have a postal address or email address on file). Of these, 585,587 are assumed to have been delivered, reaching approximately 94.03% of the known Settlement Class Members.

**SETTLEMENT WEBSITE**

3

14.    On or about July 30, 2024, Verita established the Settlement Website, www.OHSClassActionSettlement.com dedicated to this matter to provide information to the Class Members and to answer frequently asked questions.  The website URL was set forth in the Notice and Claim Form (attached hereto as Exhibit E).  Visitors of the website can download copies of the Long-Form Notice (attached hereto as Exhibit F), Preliminary Approval, and other case-related documents.  Class Members can also submit their claims online.  As of October 2, 2024, there have been 39,227 users, 43,557 sessions/hits (active visits to the website), and 104,241 page views of the website.

### TOLL-FREE TELEPHONE NUMBER

15.    Verita established and continues to maintain a toll-free telephone number dedicated to providing automated information about the Settlement, important deadlines, the Settlement Class Member's rights, and instructions on how they can request a copy of the Notice.  As of October 2, 2024, KCC has received a total of 1,484 calls.

### CLAIM FORMS

16.    The deadline for Class Members to either mail claims or file claims online is October 28, 2024. As of the date of this Declaration, Verita has received 15,022 claim forms. We expect to receive additional claims through the filing deadline. To date, KCC has received:

- 9,855 claims for Credit Monitoring;
- 5,400 claims for Lost Time totaling $135,000.00;
- 4,685 claims for CCPA Payment totaling $702,750.00;
- 12,688 claims for Alternative Cash Payment totaling $951,600.00;
- 100 claims for Out-of-Pocket Expenses totaling $58,322.27; and
- 23 claims for Extraordinary Losses totaling $47,808.37.

Verita has not yet reviewed the Claim Forms and supporting information, where applicable, for validity. Verita will review and complete a thorough analysis of the claim submissions to determine whether the information provided on each Claim Form is complete and valid. The updated figures will be immediately provided to counsel for the Parties.

4

**OBJECTIONS TO THE SETTLEMENT**

17.    The postmark deadline for Class Members to object to the settlement was September 30, 2024.  As of the date of this declaration, Verita has received one objection to the settlement. The letter from the Class Member objecting to the settlement is attached hereto as Exhibit G.

**EXCLUSIONS TO THE SETTLEMENT**

18.    The postmark deadline for Class Members to exclude themselves from the settlement was September 30, 2024.  As of the date of this declaration, Verita has received 19 exclusions to the settlement. A list of the Class Members excluding from the settlement is attached hereto as Exhibit H.

**ADMINISTRATION COSTS**

19.    Verita has incurred $305,665.29 in costs through the end of August 2024. This covers work related to setting up the case, CAFA noticing, initial noticing, processing undeliverable mail and weekly reporting. This amount does not include costs related to claim processing, document review, deficiency mailing/processing and distributing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 3, 2024, at El Segundo, CA

_Vanessa Santacruz_
_____
Vanessa Santacruz

DECLARATION OF VANESSA SANTACRUZ RE: NOTICE PROCEDURES

EXHIBIT A



1 McInnis Parkway
Suite 250
San Rafael, CA 94903

April 17, 2024

VIA PRIORITY MAIL

«First» «Last»
«Company_1»
«Company_2»
«Address_2»
«Address_1»
«City», «State» «Zip»

      Re:    Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715

Dear «First» «Last»:

      KCC Class Action Services, LLC is the independent third-party Administrator in a putative class action lawsuit entitled *In Re: Orrick, Herrington & Sutcliffe, LLP Data Breach Litigation*, Case No. 3:23-cv-04089-SI. Alston & Bird represents Orrick, Herrington & Sutcliffe, LLP ("Defendant") in that Action. The lawsuit is pending before the Honorable Susan Illston in the United States District Court for the Northern District of California. This letter is to advise you that Dennis R. Werley, Robert D. Jensen, Rachel Mazanec, Scott Morrissett, Kimberley L. McCauley, Robert Bass, Jody Frease, Joby Childress, and Cathi Soule ("Plaintiffs") filed a Motion for Preliminary Approval of Class Action Settlement in connection with this class action lawsuit on April 11, 2024.

| | |
|---|---|
| **Case Name:** | *In Re: Orrick, Herrington & Sutcliffe, LLP Data Breach Litigation* |
| **Case Number:** | 3:23-cv-04089-SI |
| **Jurisdiction:** | United States District Court, Northern District of California |
| **Date Settlement Filed with Court:** | April 11, 2024 |



«First» «Last»
April 17, 2024
Page 2

Defendant denies any wrongdoing or liability whatsoever but has decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the documents referenced below are included on the CD that is enclosed with this letter:

1.  **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** Copies of the *Class Action Complaint, Amended Class Action Complaint, and the Consolidated Class Action Complaint* are included on the enclosed CD.

2.  **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** Plaintiff filed *Motion for Preliminary Approval* requesting that the Honorable Susan Illston preliminarily approve the proposed Settlement. The Court has scheduled a hearing on the *Motion for Preliminary Approval* for May 31, 2024 at 10:00 AM.  Copies of the *Motion for Preliminary Approval, Proposed Order re Preliminary Approval Hearing,* the respective *Declarations of Christie K. Reed* and *William B. Federman,* and the *April 16, 2024 Order re Supplemental Motion* are included on the enclosed CD.

3.  **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** Copies of the *Long Form Notice, Postcard Notice,* and the *Claim Form* to be provided to the class are included on the enclosed CD.

4.  **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Settlement Agreement with Exhibits* is included on the enclosed CD.

5.  **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of April 17, 2024, no other settlement or agreement has been entered into between class counsel and counsel for Defendant.

6.  **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of April 17, 2024, nor have any Notices of Dismissal been granted at this time. A copy of the *Proposed Final Judgment* is included on the enclosed CD.



«First» «Last»
April 17, 2024
Page 3


7.      **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** While Defendant and KCC Class Action Services, LLC are in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time a complete list of names of class members as well as each State of residence is not available, because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the Settlement is preliminarily approved and the Court authorizes dissemination of information about the Settlement through the Class Notice. Pursuant to 28 U.S.C. § 1715(b)(7)(B), it is estimated that there are approximately 638,023 individuals in the class.

8.      **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** As the proposed Settlement is still pending final approval by the Court, there are no other opinions available at this time. As of April 17, 2024, there has been no written judicial opinion related to the settlement.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact the undersigned immediately so that Defendant can address any concerns or questions you may have.

Thank you.

Sincerely,



*/s/*
Fred Webb,
Case Coordinator


Enclosure – CD ROM

EXHIBIT B

| Last | First | Company 1 | Company 2 | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Garland | Merrick | Attorney General of the United States | | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| Taylor | Treg | Office of the Alaska Attorney General | | 1031 W. 4th Avenue, Suite 200 | | Anchorage | AK | 99501-1994 |
| Marshall | Steve | Office of the Alabama Attorney General | | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| Griffin | Tim | Arkansas Attorney General Office | | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| Mayes | Kris | Office of the Arizona Attorney General | | 2005 N. Central Avenue | | Phoenix | AZ | 85004 |
| CAFA Coordinator | | Office of the Attorney General | | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| Weiser | Phil | Office of the Colorado Attorney General | | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| Tong | William | State of Connecticut Attorney General | | 165 Capitol Avenue | | Hartford | CT | 06106 |
| Schwalb | Brian | District of Columbia Attorney General | | 400 6th St., NW | | Washington | DC | 20001 |
| Jennings | Kathy | Delaware Attorney General | | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| Moody | Ashley | Office of the Attorney General of Florida | | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| Carr | Chris | Office of the Georgia Attorney General | | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Lopez | Anne E. | Office of the Hawaii Attorney General | | 425 Queen Street | | Honolulu | HI | 96813 |
| Bird | Brenna | Iowa Attorney General | | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| Labrador | Raúl | State of Idaho Attorney General's Office | | 700 W. Jefferson Street, Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Raoul | Kwame | Illinois Attorney General | | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| Rokita | Todd | Indiana Attorney General's Office | | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Kobach | Kris | Kansas Attorney General | | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| Coleman | Russell | Office of the Kentucky Attorney General | | 700 Capitol Ave | Capitol Building, Suite 118 | Frankfort | KY | 40601-3449 |
| Murrill | Liz | Office of the Louisiana Attorney General | | 1885 North Third Street | | Baton Rouge | LA | 70802 |
| Campbell | Andrea | Attorney General of Massachusetts | | 1 Ashburton Place | 20th Floor | Boston | MA | 02108-1698 |
| Brown | Anthony G. | Office of the Maryland Attorney General | | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| Frey | Aaron | Office of the Maine Attorney General | | State House Station 6 | | Augusta | ME | 04333 |
| Nessel | Dana | Office of the Michigan Attorney General | | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| Keith Ellison | Attorney General | Attention: CAFA Coordinator | | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Bailey | Andrew | Missouri Attorney General's Office | | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| Fitch | Lynn | Mississippi Attorney General's Office | | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| Knudsen | Austin | Office of the Montana Attorney General | | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| Stein | Josh | North Carolina Attorney General | | Department of Justice | P.O.Box 629 | Raleigh | NC | 27602-0629 |
| Hilgers | Mike | Office of the Nebraska Attorney General | | State Capitol P.O. Box 98920 | | Lincoln | NE | 68509-8920 |
| Ford | Aaron | Nevada Attorney General | | Old Supreme Ct. Bldg. | 100 North Carson St. | Carson City | NV | 89701 |
| Formella | John | New Hampshire Attorney General | | New Hampshire Department of Justice | 33 Capitol St. | Concord | NH | 03301-6397 |
| Platkin | Matthew J. | Office of the New Jersey Attorney General | | Richard J. Hughes Justice Complex | 25 Market St., P.O. Box 080 | Trenton | NJ | 08625-0080 |
| Torrez | Raul | Office of the New Mexico Attorney General | | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| James | Letitia | Office of the New York Attorney General | | Dept. of Law - The Capitol | 2nd Floor | Albany | NY | 12224-0341 |
| Wrigley | Drew H. | North Dakota Office of the Attorney General | | State Capitol | 600 E. Boulevard Ave., Dept. 125 | Bismarck | ND | 58505-0040 |
| Yost | Dave | Ohio Attorney General | | Rhodes State Office Tower | 30 E. Broad St., 14th Fir. | Columbus | OH | 43215 |
| Drummond | Gentner | Oklahoma Office of the Attorney General | | 313 NE 21st St. | | Oklahoma City | OK | 73105 |
| Rosenblum | Ellen F. | Office of the Oregon Attorney General | | Justice Building | 1162 Court St., NE | Salem | OR | 97301-4096 |
| Henry | Michelle A. | Pennsylvania Office of the Attorney General | | 16th Flr., Strawberry Square | | Harrisburg | PA | 17120 |
| Neronha | Peter | Rhode Island Office of the Attorney General | | 150 South Main St. | | Providence | RI | 02903 |
| Wilson | Alan | South Carolina Attorney General | | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211 |
| Jackley | Marty | South Dakota Office of the Attorney General | | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| Skrmetti | Jonathan | Tennessee Attorney General and Reporter | | 425 5th Avenue North | | Nashville | TN | 37243 |
| Paxton | Ken | Attorney General of Texas | | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| Reyes | Sean | Utah Office of the Attorney General | | P.O. Box 142320 | | Salt Lake City | UT | 84114-2320 |
| Clark | Charity R. | Office of the Attorney General of Vermont | | 109 State St. | | Montpelier | VT | 05609-1001 |
| Miyares | Jason | Office of the Virginia Attorney General | | 202 North Ninth St. | | Richmond | VA | 23219 |
| Ferguson | Bob | Washington State Attorney General | | 1125 Washington St. SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| Morrisey | Patrick | West Virginia Attorney General | | State Capitol Complex, Bldg. 1, Rm. E-26 | 1900 Kanawha Blvd. E. | Charleston | WV | 25305 |
| Kaul | Josh | Office of the Wisconsin Attorney General | | Dept. of Justice, State Capitol | Rm. 114 East, P.O. Box 7857 | Madison | WI | 53707-7857 |
| Hill | Bridget | Office of the Wyoming Attorney General | | 109 State Capitol | | Cheyenne | WY | 82002 |
| Ala'ilima-Utu | Fainu'ulelei Falefatu | American Samoa Gov't | | Dept. of Legal Affairs, c/o Attorney General | P.O. Box 7 | Utulei | AS | 96799 |
| Moylan | Douglas | Office of the Attorney General, ITC Building | | 590 S. Marine Corps Dr. | Suite 706 | Tamuning | Guam | 96913 |
| Manibusan | Edward | Northern Mariana Islands Attorney General | | Administration Building | P.O. Box 10007 | Saipan | MP | 96950-8907 |
| Hernández | Domingo Emanuelli | Puerto Rico Attorney General | | Torre Chardón, Suite 1201 | 350 Carlos Chardón Ave. | San Juan | PR | 00918 |
| Smith | Ariel M. | Virgin Islands Acting Atty. General, DOJ | | 3438 Kronprindsens Gade | GERS Complex, 2nd Floor | St. Thomas | VI | 00802 |
| Ashley | Miller | Alston & Bird | | 1201 West Peachtree Street | | Atlanta | GA | 30309 |

DC: 7187568-1

EXHIBIT C

**Court Approved Legal Notice**

*In re: Orrick, Herrington & Sutcliffe LLP Data Breach Litigation*
Case No. 3:23-cv-04089-SI

**If you were sent a notice regarding an Orrick, Herrington & Sutcliffe LLP data breach, you may be eligible for a cash payment from a class action settlement.**

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*



VISIT THE SETTLEMENT WEBSITE BY SCANNING THE PROVIDED QR CODE

# ORR

*Orrick Data Breach Litigation*
Settlement Administrator
P.O. Box 301132
Los Angeles, CA 90030-1132

## «Barcode»

Postal Service: Please do not mark barcode

Class Member ID: <<Claim8>>
PIN Code: <<PIN>>

ORR: Class Member ID: «Claim8»-«CkDig»
«FirstNAME» «LastNAME»
«Addr2»
«Addr1»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»

A proposed Settlement has been reached with Orrick related to a data breach that Orrick experienced in 2023 (the "Data Breach"). The lawsuit, which is pending in the U.S. District Court for the Northern District of California, alleges that Orrick did not adequately protect certain personal information. Orrick denies any wrongdoing. No judgment or determination of wrongdoing has been made. This notice summarizes the proposed Settlement. For the precise terms, please visit www.OHSClassActionSettlement.com, contact Class Counsel at 405-235-1560, access the Court's docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California at San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 or any of its locations (available at https://cand.uscourts.gov/about/locations/), Monday through Friday between 9 AM and 4 PM, excluding Court holidays. PLEASE DO NOT TELEPHONE THE COURT OR ITS CLERK'S OFFICE TO INQUIRE ABOUT THE SETTLEMENT OF CLAIMS PROCESS.

**Who is Included?** Records indicate you are included in this Settlement as a Class Member. The Class includes the U.S. residents who were sent notice of the Data Breach.

**What does the Settlement Provide?** The Settlement provides compensation for lost time in addressing issues related to the Data Breach (up to 5 hours at $25.00/hour), payment of out-of-pocket expenses related to the Data Breach (up to $2,500.00 per person), three years of complimentary credit monitoring, payment for documented extraordinary loss related to the Data Breach (up to $7,500.00 per person), and a $150.00 payment for California residents to those who submit valid claims; attorneys' fees and expenses; costs of notice and administration; and a service award to the Settlement Administrator. In lieu of submitting a claim for lost time, out-of-pocket expenses, or extraordinary losses, you may submit a claim for a $75.00 Alternative Cash Payment. The aggregate payment by Orrick is $8,000,000.00. ALL BENEFITS (AND THE AMOUNT PAID TO SETTLEMENT CLASS MEMBERS UNDER THIS SETTLEMENT) MAY BE HIGHER OR LOWER DEPENDING ON THE TOTAL AMOUNT OF APPROVED CLAIMS.

**How To Get Benefits:** You must submit a Claim Form, including any required documentation. The deadline to file a Claim Form is October 28, 2024. You can easily file a claim online at www.OHSClassActionSettlement.com. You can also get a paper Claim Form at the website or by calling toll-free 1-866-372-0017, and file by mail. When filing your claim use your unique Class Member ID (printed on the front of this notice).

**Your Other Options:** If you file a Claim Form, object to the Settlement and/or Attorneys' Fees and Expenses, or do nothing, you are choosing to stay in the Settlement Class. You will be legally bound by all orders of the Court and you will not be able to start, continue, or be part of any other lawsuit against Orrick, <<ClientName>>, or Released Parties about the Data Breach. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by September 30, 2024. If you do not exclude yourself, you may object to the Settlement and/or Attorneys' Fees and Expenses by September 30, 2024. The Court has scheduled a hearing in this case for November 8, 2024, to consider whether to approve the Settlement, Attorneys' Fees and Expenses, Service Awards of up to $2,500.00 for each Class Representative, as well as any objections. This date may be changed without further notice. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. The Motion for Attorneys' Fees and Expenses will be posted on the website after it is filed. For complete information about all of your rights and options, as well as Claim Forms, the Long Form Notice and Settlement Agreement, visit www.OHSClassActionSettlement.com, or call 1-866-372-0017.

EXHIBIT D

Class Member ID: <<Claim8>>
PIN: <<PIN>>

## Court-Approved Legal Notice

*In re: Orrick, Herrington & Sutcliffe LLP Data Breach Litigation*
Case No. 3:23-cv-04089-SI

## If you were sent a notice regarding an Orrick, Herrington & Sutcliffe LLP data breach, you may be eligible for a cash payment from a class action settlement.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

A proposed Settlement has been reached with Orrick related to a data breach that Orrick experienced in 2023 (the "Data Breach"). The lawsuit, which is pending in the U.S. District Court for the Northern District of California, alleges that Orrick did not adequately protect certain personal information. Orrick denies any wrongdoing. No judgment or determination of wrongdoing has been made. This notice summarizes the proposed Settlement. For the precise terms, please visit www.OHSClassActionSettlement.com, contact Class Counsel at 405-235-1560, access the Court's docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California at San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 or any of its locations (available at https://cand.uscourts.gov/about/locations/), Monday through Friday between 9 AM and 4 PM, excluding Court holidays. PLEASE DO NOT TELEPHONE THE COURT OR ITS CLERK'S OFFICE TO INQUIRE ABOUT THE SETTLEMENT OF CLAIMS PROCESS.

**Who is Included?** Records indicate you are included in this Settlement as a Class Member. The Class includes the U.S. residents who were sent notice of the Data Breach.

**What does the Settlement Provide?** The Settlement provides compensation for lost time in addressing issues related to the Data Breach (up to 5 hours at $25.00/hour), payment of out-of-pocket expenses related to the Data Breach (up to $2,500.00 per person), three years of complimentary credit monitoring, payment for documented extraordinary loss related to the Data Breach (up to $7,500.00 per person), and a $150.00 payment for California residents to those who submit valid claims; attorneys' fees and expenses; costs of notice and administration; and a service award to the Settlement Administrator. In lieu of submitting a claim for lost time, out-of-pocket expenses, or extraordinary losses, you may submit a claim for a $75.00 Alternative Cash Payment. The aggregate payment by Orrick is $8,000,000.00. ALL BENEFITS (AND THE AMOUNT PAID TO SETTLEMENT CLASS MEMBERS UNDER THIS SETTLEMENT) MAY BE HIGHER OR LOWER DEPENDING ON THE TOTAL AMOUNT OF APPROVED CLAIMS.

**How To Get Benefits:** You must submit a Claim Form, including any required documentation. The deadline to file a Claim Form is October 28, 2024. You can easily file a claim online at www.OHSClassActionSettlement.com. You can also get a paper Claim Form at the website or by calling toll-free 1-866-372-0017, and file by mail. When filing your claim, use your unique Class Member ID (printed at the top of this notice).

**Your Other Options:** If you file a claim form, object to the Settlement and/or Attorneys' Fees and Expenses, or do nothing, you are choosing to stay in the Settlement Class. You will be legally bound by all orders of the Court and you will not be able to start, continue, or be part of any other lawsuit against Orrick, <<ClientName>>, or Released Parties about the Data Breach. If you don't want to be legally bound by the Settlement or receive any benefits from it, you must exclude yourself by **September 30, 2024**. If you do not exclude yourself, you may object to the Settlement and/or Attorneys' Fees and Expenses by **September 30, 2024**. The Court has scheduled a hearing in this case for **November 8, 2024,** to consider whether to approve the Settlement, Attorneys' Fees and Expenses, Service Awards of up to $2,500.00 for each Class Representative, as well as any objections. This date may be changed without further notice. You or your own lawyer, if you have

one, may ask to appear and speak at the hearing at your own cost, but you do not have to. The Motion for Attorneys' Fees and Expenses will be posted on the website after it is filed. For complete information about all of your rights and options, as well as Claim Forms, the Long Form Notice and Settlement Agreement, visit www.OHSClassActionSettlement.com, or call 1-866-372-0017.

EXHIBIT E

*Orrick Data Breach Litigation*
Settlement Administrator
P.O. Box 301132
Los Angeles, CA 90030-1132



VISIT THE SETTLEMENT WEBSITE BY
SCANNING THE PROVIDED QR CODE

# ORR

*In re: Orrick, Herrington &
Sutcliffe LLP Data Breach Litigation*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

«Barcode»

Postal Service: Please do not mark barcode

Case No. 3:23-cv-04089-SI

ORR: Class Member ID: «Claim8»-«CkDig»
PIN: «PIN»
«FirstNAME» «LastNAME»
«Addr1» «Addr2»
«City», «State»«FProv» «Zip»«FZip»
«FCountry»

**Must Be Postmarked
No Later Than
October 28, 2024**
**Class Member ID: <<Claim8>>**
**PIN: <<PIN>>**

## CLAIM FORM FOR ORRICK, HERRINGTON & SUTCLIFFE LLP DATA BREACH BENEFITS

COMPLETE AND SIGN THIS FORM AND FILE ONLINE NO LATER THAN **October 28, 2024** AT
**www.OHSClassActionSettlement.com**, OR FILE BY MAIL POSTMARKED BY **October 28, 2024**.

*You **must** use this form to make a claim for lost time payments, out-of-pocket loss payments, alternative cash payment,
CCPA payment, and free credit monitoring.*

Questions? Call 1-866-372-0017 or visit the website, **www.OHSClassActionSettlement.com**

### CLASS MEMBER INFORMATION

First Name                    M.I.    Last Name

Primary Address

Primary Address Continued

City                          State    ZIP Code

Area Code        Telephone Number

Email Address (This field is required to receive free credit monitoring. If provided, we will also communicate with you about your claim primarily by email.)

Class Member ID

*Failure to add your unique Class Member ID will result in denial of your claim.  If you received a notice of this Settlement
by U.S. mail, your unique Class Member ID is on the envelope or postcard. If you misplaced your notice, please contact the
Settlement Administrator at 1-866-372-0017 or admin@OHSClassActionSettlement.com.*



| FOR CLAIMS PROCESSING ONLY | OB | | CB | | DOC | RED |
|---|---|---|---|---|---|---|
| | | | | | LC | A |
| | | | | | REV | B |

1

**SETTLEMENT OVERVIEW**

<u>Compensation for Lost Time</u>: If you spent time addressing issues relating to the Data Breach, you can make a claim for reimbursement for up to 5 hours of time at a rate of $25.00/hour. To submit a valid claim, you must represent that the time and/or effort spent was incurred as a result of the Data Breach.

<u>Credit Monitoring</u>: You can submit a claim for three years of three-bureau credit monitoring services, including at least $1 million in identity theft insurance.

<u>Compensation for Out-of-Pocket Expenses</u>: If you have incurred actual, unreimbursed expenses as a result of the Data Breach, you can make a claim for reimbursement for up to $2,500.00.  Examples of actual, unreimbursed expenses include: (i) costs and expenses spent addressing identity theft or fraud; (ii) preventative costs including purchasing credit monitoring, placing security freezes on credit reports, or requesting copies of credit reports for review; and (iii) other documented losses that were not reimbursed.  You must include documentation to support that the out-of-pocket expenses were the result of the Data Breach.

<u>Compensation for Documented Extraordinary Losses</u>: If you experienced out-of-pocket losses for actual identity theft or fraud and submit documentation to support that such losses are the result of the Data Breach, you can make a claim for up to $7,500.00.

<u>Alternative Cash Payment</u>: In lieu of submitting a claim for attested time, out-of-pocket expenses, or extraordinary losses, you may make a claim for an Alternative Cash Payment of $75.00.

<u>CCPA Payment</u>: If you are a California resident, you may make a claim for a CCPA payment of $150.00 in recognition of your statutory claims under the California Consumer Privacy Act.

**ALL BENEFITS (AND THE AMOUNT PAID TO SETTLEMENT CLASS MEMBERS UNDER THIS SETTLEMENT) MAY BE HIGHER OR LOWER DEPENDING ON THE TOTAL AMOUNT OF APPROVED CLAIMS.**

**<u>Failure to provide all required information will result in your claim being rejected by the Settlement Administrator.</u>**

1. Were you sent a notice that your information may have been impacted in the Orrick Data Breach?

○ Yes *(Proceed to Question 2)*    ○ No *(You are not eligible to submit a claim)*

## CLAIM FOR CREDIT MONITORING

2. Do you wish to receive three years of three-bureau credit monitoring? [Note you must provide a valid email address above to receive this benefit.]

○ Yes *(Please include your email on the first page and proceed to Question 3)*    ○ No *(Proceed to Question 3)*

## CLAIM FOR CCPA PAYMENT

3. Were you a Resident of California any time between November 19, 2022 and March 13, 2023?

○ Yes *(Proceed to Question 4)*    ○ No *(Proceed to Question 4)*

## CLAIM FOR ALTERNATIVE CASH PAYMENT

4. Would you like to make a claim for an Alternative Cash Payment?  The amount of your Alternative Cash Payment may be increased or decreased on a pro rata basis depending on the total amount of Approved Claims.

○ Yes *(Proceed to Certification and Signature)*    ○ No *(Proceed to Question 5)*

**IMPORTANT:  You CANNOT select both.  You must choose between the Alternative Cash Payment OR submitting a claim for lost time, out-of-pocket expenses, or extraordinary losses.  If you submit a claim for both, your claim for Alternative Cash Payment will be rejected and the Settlement Administrator will instead review the claim for lost time, out-of-pocket expenses, or extraordinary losses.**

## CLAIM FOR LOST TIME PAYMENT

5. Did you spend time addressing issues related to the Orrick Data Breach?

○ Yes *(proceed to Question 6)*    ○ No *(Proceed to Question 7)*

6. If you selected "Yes" for Question 5, please fill out the below statement indicating how many hours you spent addressing issues related to the Orrick Data Breach.

| | | . | |

Total hours (up to 5) addressing issues related to the Orrick Data Breach to be reimbursed at a rate of $25.00/hour.

*Please proceed to Question 7.*



## CLAIM FOR REIMBURSEMENT FOR OUT-OF-POCKET EXPENSES AND EXTRAORDINARY LOSSES

7. Do you have documentation supporting that you experienced (i) costs and expenses spent addressing identity theft or fraud; (ii) preventative costs including purchasing credit monitoring, placing security freezes on credit reports, or requesting copies of credit reports for review; and (iii) other documented losses that were not reimbursed? You may submit a claim, with supporting documentation, for up to $2,500.00 in out-of-pocket expenses.

⬤ Yes *(Complete the chart below)*    ⬤ No *(Proceed to Question 8)*

8. Do you have documentation showing you experienced actual identity theft losses or other unreimbursed fraudulent charges that are the result of the Data Breach? You may submit a claim, with supporting documentation, for up to $7,500.00 in out-of-pocket losses.

⬤ Yes *(Complete the chart below)*    ⬤ No *(Please proceed to Certification and Signature)*.

| Loss Type (Fill in all that apply) | Date of Loss | Amount of Loss | Description of Supporting Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| ⬤ Bank fees incurred as a result of the Data Breach | | | *Example: Account statement with fees incurred as a result of the Data Breach highlighted.*<br><br>*The description of the fees in the documentation must be specific enough to enable the Settlement Administrator to determine why the fees were incurred, and you must explain why the fees were incurred as a result of the Data Breach.* |
| ⬤ Long distance phone charges incurred as a result of the Data Breach | | | *Example: Phone bills with long distance telephone calls made as a result of the Data Breach, and corresponding charges highlighted, along with an explanation of what the calls were for and why they were incurred as a result of the Data Breach.*<br><br>*You must explain who the calls were made to and why they were made as a result of the Data Breach. You must also provide sufficient documentation to demonstrate the amount you were charged for the specific calls that you made as a result of the Data Breach.* |
| ⬤ Cell phone charges (only if charged by the minute) incurred as a result of the Data Breach | | | *Example: Cell phone bill with calls made as a result of the Data Breach, and corresponding charges highlighted, along with an explanation of what the calls were for and why they were incurred as a result of the Data Breach. You must explain whom the calls were made to and why they were made as a result of the Data Breach. You must also provide sufficient documentation to demonstrate the amount you were charged for the specific calls that you made as a result of the Data Breach.* |
| ⬤ Data charges (only if charged based on the amount of data used) incurred as a result of the Data Breach | | | *Example: Cell phone bill with data charges incurred as a result of the Data Breach, and corresponding charges highlighted, along with an explanation of what the data charges are for and why they were incurred as a result of the Data Breach.*<br><br>*You must explain what activities the data charges correspond to and why they were incurred as a result of the Data Breach. You must also provide sufficient documentation to demonstrate the amount you were charged for the specific activities that incurred data charges that you undertook as a result of the Data Breach.* |



| Loss Type (Fill in all that apply) | Date of Loss | Amount of Loss | Description of Supporting Documentation (Identify what you are attaching and why) |
|---|---|---|---|
| ○ Postage charges incurred as a result of the Data Breach | _____ | _____ | *Example:  Receipts from the United States postal service or other shipping companies, along with an explanation of what you sent and why you sent it.*<br><br>*You must explain what you sent to incur the charges, to whom you sent it, and why you sent it as a result of the Data Breach.* |
| ○ Gasoline charges for local travel incurred as a result of the Data Breach | _____ | _____ | *Example: Gasoline receipt for gasoline used driving to the police station to file a police report regarding the Data Breach.*<br><br>*You are entitled to claim reimbursement only for the gasoline you used as a result of the Data Breach, which may be less than a full tank.  You must describe where you drove, the distance you traveled, why the travel was connected to the Data Breach, and the portion of any gasoline receipt that you attribute to the trips that you made as a result of the Data Breach.* |
| ○ Credit reports, credit monitoring, or other identity theft insurance products purchased between August 2019 and the Claims Deadline | _____ | _____ | *Example: Receipts or account statements reflecting charges incurred to view a credit report.* |
| ○ Other unreimbursed out-of-pocket losses caused by the Data Breach | _____ | _____ | *Example: Receipts documenting out-of-pocket losses not set forth above, and an explanation of why the loss was more likely than not caused by the Data Breach and a statement that you made reasonable efforts to avoid or seek reimbursement for the loss, including exhaustion of all available credit monitoring insurance and identity theft insurance. Other losses could include, solely by way of example, the costs associated with addressing a fraudulent tax return or unemployment claim made in your name.* |

### <u>CERTIFICATION AND SIGNATURE</u>

By submitting this Claim Form, I certify that I am a Settlement Class Member and am eligible to make a claim in this Settlement and that the information provided in this Claim Form and any attachments is true and correct. I do hereby swear (or affirm), under penalty of perjury, that the information provided above is true and accurate to the best of my knowledge and that any cash compensation or benefits I am claiming are based on losses or expenses I reasonably believe, to the best of my knowledge, were incurred as a result of the Data Breach.

I understand that this claim may be subject to audit, verification, and Court review and that the Settlement Administrator may require supplementation of this Claim or additional information from me. I also understand that all claim payments are subject to the availability of settlement funds and may be reduced, depending on the type of claim and the determinations of the Settlement Administrator.

Signature: _____        Dated (mm/dd/yyyy): _____

Print Name: _____



EXHIBIT F

**NOTICE OF CLASS ACTION SETTLEMENT**

<u>NORTHERN DISTRICT OF CALIFORNIA</u>
*In re: Orrick, Herrington & Sutcliffe LLP Data Breach Litigation*
Case No. 3:23-cv-04089-SI

# If your personal information was accessed, compromised, or impacted in a data breach announced by Orrick, Herrington & Sutcliffe LLP, you are eligible for benefits from a class action settlement.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A settlement has been proposed (the "Settlement" or "Settlement Agreement") with Orrick, Herrington & Sutcliffe LLP ("Orrick") in a class action lawsuit about a security incident impacting Orrick (the "Data Breach"). This notice summarizes the proposed Settlement. If you are a Settlement Class Member, there are benefits available to you from the proposed Settlement. The Settlement includes all individuals residing in the United States who were sent notice of the Orrick Data Breach. **The easiest way to submit a claim under the Settlement is online at www.OHSClassActionSettlement.com.**

For the precise terms of the settlement agreement, please visit www.OHSClassActionSettlement.com, contact Class Counsel, Federman & Sherwood, at 405-235-1560, access the Court's docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or visit the office of the Clerk of the Court for the United States District Court for the Northern District of California at San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 or any of its locations (available at https://cand.uscourts.gov/about/locations/), Monday through Friday between 9 AM and 4 PM, excluding Court holidays. PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS.

The Settlement provides payments and other benefits to people who submit valid claims for lost time, certain documented out-of-pocket expenses, and additional credit monitoring services. More specifically, the settlement relief includes:

- <u>Compensation for Lost Time</u>: If you spent time addressing issues relating to the Data Breach, you can make a claim for reimbursement for up to 5 hours of time at a rate of $25.00/hour. To submit a valid claim, you must represent that the time and/or effort spent was incurred as a result of the Data Breach.

- <u>Credit Monitoring</u>: Orrick previously offered 24 months of credit monitoring services with its initial notice of the Data Breach. With this Settlement, you can submit a claim for three additional years of three-bureau credit monitoring services, including $1 million in identity theft insurance.

- <u>Compensation for Out-of-Pocket Expenses</u>: If you have incurred actual, unreimbursed expenses as a result of the Data Breach, you can make a claim for reimbursement for up to $2,500.00. Examples of actual, unreimbursed losses include: (i) costs and expenses spent addressing identity theft or fraud; (ii) preventative costs including purchasing credit monitoring, placing security freezes on credit reports, or requesting copies of credit reports for review; and (iii) other documented losses that were not reimbursed. You must include documentation to support that the out-of-pocket expenses were the result of the Data Breach.

- <u>Compensation for Documented Extraordinary Loss</u>: If you experienced out-of-pocket losses for actual identity theft or fraud and submit documentation to support that such losses are the result of the Data Breach, you can make a claim for up to $7,500.00.

- <u>CCPA Payment</u>: If you are a California resident, you can make a claim for a payment of $150.00 in recognition of your claims under the California Consumer Privacy Act.

- <u>Alternative Cash Payment</u>: In lieu of submitting a claim for lost time, out-of-pocket expenses, or extraordinary loss, you may submit a claim for a $75.00 Alternative Cash Payment.

**ALL BENEFITS (AND THE AMOUNT PAID TO SETTLEMENT CLASS MEMBERS UNDER THIS SETTLEMENT) MAY BE HIGHER OR LOWER DEPENDING ON THE TOTAL AMOUNT OF APPROVED CLAIMS.**

**Your legal rights are affected even if you do nothing. Read this notice carefully.**

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | DEADLINE |
|---|---|---|
| File a claim for Settlement Benefits | You must submit a Claim Form in order to receive credit monitoring, CCPA Payments, Alternative Cash Payments and compensation for lost time and out-of-pocket expenses. Your Claim Form must include your Unique Class Member ID found on the postcard notice sent to you or available from the Settlement Administrator.<br><br>For more detailed information, see Question 9. | **October 28, 2024** |
| Exclude yourself from the Settlement | You can exclude yourself from the Settlement by informing the Settlement Administrator that you want to "opt out" of the Settlement. If the Settlement becomes final, this is the only option that allows you to retain your rights to separately sue Orrick (or any other Released Parties) for claims related to the Data Breach. If you opt out, you may not make a claim for benefits under the Settlement.<br><br>For more detailed information, see Question 16. | **September 30, 2024** |
| Object to or comment on the Settlement | You may object to the Settlement by writing to explain to the Court why you don't think the Settlement should be approved. If you object, you will remain a Settlement Class Member, and if the Settlement is approved, you will be eligible for the benefits of the Settlement and give up your right to sue Orrick (or any other Released Parties) for claims related to the Data Breach, as described in the Settlement Agreement available on the Settlement website www.OHSClassActionSettlement.com.<br><br>For more detailed information, see Question 17. | **September 30, 2024** |
| Do Nothing | If you do nothing, you will not be entitled to any of the above-listed benefits. If the Settlement becomes final, you will give up your rights to sue Orrick (or any other Released Parties) separately for claims relating to the Data Breach or to continue to pursue any such claims you have already filed. | |

These rights and options – **and how and when you need to exercise them** – are explained in this notice.

The Court that is presiding over this case still has to decide whether to grant final approval of the Settlement. Payments will be made only after the Court grants final approval of the Settlement and after any appeals are resolved.

| WHAT THIS NOTICE CONTAINS |
|---|

BASIC INFORMATION..................................................................................................... Page 3
1.   What is this notice, and why was it authorized?
2.   What is this lawsuit about?
3.   Why is this a class action?
4.   Why is there a Settlement?

WHO IS PART OF THE SETTLEMENT?................................................................................ Page 4
5.   How do I know if I am part of the Settlement?

SETTLEMENT BENEFITS .................................................................................................. Page 4
6.   What does the Settlement provide?
7.   How will the Settlement help me protect against future identity theft and fraud?
8.   What happens if the amount of claims exceeds the amount of the Settlement?

HOW DO YOU RECEIVE A BENEFIT? .................................................................................. Page 5
9.   How do I file a claim for Credit Monitoring, Out-of-Pocket Expenses, Lost Time, or Cash Payments?
10.   How will claims be decided?
11.   When will I get my payment?

LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENT ..................................................... Page 6
12.   What am I giving up as part of the Settlement?

THE LAWYERS REPRESENTING YOU ................................................................................. Page 6
13.   Do I have a lawyer in this case?
14.   How will the lawyers be paid?
15.   Will the Settlement Class Representative receive additional money?

EXCLUDING YOURSELF FROM THE SETTLEMENT................................................................. Page 7
16.   How do I exclude myself from the Settlement?

OBJECTING TO THE SETTLEMENT ..................................................................................... Page 7
17.   How do I tell the Court that I like or do not like the Settlement Agreement?

GETTING MORE INFORMATION.......................................................................................... Page 8
18.   How do I get more information?

## BASIC INFORMATION

| 1. What is this notice, and why was it authorized? |
|---|

A Court authorized this notice to inform you how you may be affected by this proposed Settlement. This notice describes the lawsuit, the general terms of the proposed settlement and what it may mean to you. This notice also explains how to participate in, or exclude yourself from, the Settlement if your information was compromised in the Data Breach.

For information on how to determine if you are a Settlement Class Member, and therefore eligible for benefits under this Settlement, see Question 5.

| 2. What is this lawsuit about? |
|---|

On March 13, 2023, Orrick detected and immediately responded to a cybersecurity incident involving unauthorized file transfer activity (the "Data Breach"). The lawsuit claims that Orrick is responsible for the Data Breach.

Orrick denies these claims and any wrongdoing. No court or other judicial entity has made any judgment or other determination of any wrongdoing by Orrick.

### 3. Why is this a class action?

In a class action, one or more people called "class representatives" sue on behalf of themselves and other people with similar claims. All of these people together are the "class" or "class members." Because this is a class action settlement, even persons who did not file their own lawsuit can obtain benefits provided under the Settlement, except for those individuals who exclude themselves from the settlement class by the deadline.

### 4. Why is there a Settlement?

The Court has not decided in favor of Plaintiffs or Orrick. Instead, both sides agreed to a settlement after a lengthy mediation process overseen by a neutral mediator. Settlements avoid the costs and uncertainty of a trial and related appeals, while more quickly providing benefits to members of the settlement class. The class representatives appointed to represent the class and the attorneys for the settlement class ("Class Counsel," see Question 13) believe that the Settlement is in the best interests of the Settlement Class Members.

## WHO IS PART OF THE SETTLEMENT?

### 5. How do I know if I am part of the Settlement?

You are a Settlement Class Member if you were sent notice of the Data Breach. These notices were sent from around March 2023 to December 2023.

If you are not sure whether you are included in the Settlement, you may call 1-866-372-0017 or email admin@OHSClassActionSettlement.com with questions.

## SETTLEMENT BENEFITS

### 6. What does the Settlement provide?

The Settlement provides:

- Compensation for lost time addressing issues related to the Data Breach;
- Compensation for unreimbursed, out-of-pocket expenses;
- Three years of three-bureau credit monitoring (Question 7);
- Cash Payments for California residents;
- Cash Payments for all Settlement Class Members as an alternative to submitting a claim for lost time, out-of-pocket expenses, or extraordinary losses;
- Payment of costs of notifying Settlement Class Members and administering the Settlement;
- Payment of Service Awards to the Settlement Class Representatives, as approved by the Court (Question 15);
- Payment of Attorneys' Fees, costs, and expenses, as approved by the Court (Question 14); and
- Injunctive relief, including a number of security commitments by Orrick Herrington & Sutcliffe, LLP designed to prevent attacks similar to the Data Breach from occurring in the future.

**Settlement Benefit: Cash Payment for Lost Time**: Settlement Class Members who spent time addressing issues relating to the Data Breach can make a claim for reimbursement for up to 5 hours of time at a rate of $25.00/hour.

To claim reimbursement for Lost Time, you must represent that the time and/or effort spent was incurred as a result of the Data Breach.

**Settlement Benefit: Payment for Unreimbursed Out-of-Pocket Expenses**: Settlement Class Members that have documented out-of-pocket losses as a result of the Data Breach can make a claim for reimbursement up to $2,500.00. Out-of-Pocket Expenses that are eligible for reimbursement include the following:

- (i) costs and expenses spent addressing identity theft or fraud;
- (ii) preventative costs including purchasing credit monitoring, placing security freezes on credit reports, or requesting copies of credit reports for review; and
- (iii) other documented losses that were not reimbursed.

To claim reimbursement for Out-of-Pocket Expenses, you must submit documentation supporting this claim, including but not limited to credit card statements, bank statements, invoices, telephone records, and receipts.

**Settlement Benefit: Payment for Documented Extraordinary Loss**: Settlement Class Members that have documented actual identity theft losses or other unreimbursed fraudulent charges that are the result of the Data Breach can make a claim for up to $7,500.00.

To claim reimbursement for Documented Extraordinary Loss, you must submit reasonable documentation to support that the loss claimed was the result of the Data Breach.

**Settlement Benefit: CCPA Payment**: Settlement Class Members who are residents of California can make a claim for a payment of $150.00 in recognition of their claims under the California Consumer Privacy Act.

**Settlement Benefit: Alternative Cash Payment**: In lieu of submitting a claim for lost time, out-of-pocket expenses, or extraordinary loss, you may submit a claim for a $75.00 Alternative Cash Payment. Settlement Class Members eligible to receive the CCPA Payment must select this Alternative Cash Payment in addition to the CCPA Payment.

The Settlement Administrator will decide if your claim for Lost Time, Out-of-Pocket Expenses, Extraordinary Losses, CCPA Payment, and/or Alternative Cash Payment is valid. Only valid claims will be paid. The deadline to file a claim for Lost Time, Out-of-Pocket Expenses, Extraordinary Losses, CCPA Payment, and/or Alternative Cash Payment is **October 28, 2024**. **The amount of your claim may be reduced or increased depending on the total amount of claims.** *See* **Question 8.**

<table><tr><td>**7. How will the Settlement help me protect against future identity theft and fraud?**</td></tr></table>

Settlement Class Members can submit a claim for three years of three-bureau credit monitoring services, including at least $1 million in identity theft insurance.

The deadline to file a claim for credit monitoring is **October 28, 2024**. If you submit a valid Claim Form and elect to enroll in credit monitoring, you will receive enrollment instructions by email after the Settlement is final.

<table><tr><td>**8. What happens if the amount of claims exceeds the amount of the Settlement?**</td></tr></table>

The aggregate amount Orrick shall be responsible to pay under this Settlement Agreement is capped at $8,000,000.00. If the total amount of Approved Claims made by Settlement Class Members, together with the Administration and Notice Costs, Service Awards, Attorneys' Fees, and Expenses, exceeds the aggregate cap, Approved Claims will be subject to a pro rata reduction such that the total amount of Settlement Benefits paid by Orrick does not exceed the amount of the settlement.

## HOW DO YOU RECEIVE A BENEFIT?

<table><tr><td>**9. How do I file a claim for Credit Monitoring, Out-of-Pocket Expenses, Lost Time, or Cash Payments?**</td></tr></table>

To file a claim for credit monitoring, for reimbursement for Lost Time, Out-of-Pocket Expenses, or Extraordinary Losses, or for CCPA Payments and Alternative Cash Payments, you will need to file a Claim Form with your Unique Class Member ID, which can be found on the postcard notice you received or by contacting the Settlement Administrator. **The easiest way to submit a Claim Form is online, by filling out the form at www.OHSClassActionSettlement.com.** You can also download a paper Claim Form and return a completed Claim Form by mail addressed to:

*Orrick Data Breach Litigation* Settlement Administrator
P.O. Box 301132
Los Angeles, CA 90030-1132

The deadline to file a claim is **October 28, 2024** (this is the last day to file online and the postmark deadline for mailed claims).

<table><tr><td>**10. How will claims be decided?**</td></tr></table>

The Settlement Administrator will decide whether the information provided on each Claim Form is complete and valid. The Settlement Administrator may require additional information. If you do not provide the additional information in a timely manner, the claim will be considered invalid and will not be paid.

Approved Claims are those submitted in a timely manner and found to be valid by and in an amount approved by the Settlement Administrator.

Orrick's payment under the Settlement is subject to the aggregate cap discussed in Question 8.

**11. When will I get my payment?**

The Court will hold a hearing on **November 8, 2024** to decide whether to approve the Settlement Agreement. This hearing date and time may be moved without notice to the class. If the Court approves the Settlement Agreement, there may still be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps more than a year. Please be patient.

## LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENT

**12. What am I giving up as part of the Settlement?**

If you make a claim under the Settlement, or if you do nothing, you will be releasing all of your claims relating to the Data Breach against Orrick and any Released Parties (which includes the entity, if any, listed on the settlement notice you received) when the Settlement becomes final. By releasing your legal claims, you are giving up the right to file, or to continue to pursue, separate legal claims against or seek further compensation from Orrick or any Released Parties for any harm related to the Data Breach or the claims alleged in the lawsuits—whether or not you are currently aware of those claims.

Unless you exclude yourself from the Settlement (see Question 16), all of the decisions by the Court will bind you. That means you will be bound to the terms of the Settlement and accompanying court orders, and cannot bring a lawsuit or be part of another lawsuit against Orrick or any Released Parties regarding the Data Breach.

Paragraphs 2.34 and 2.35 of the Settlement Agreement define the claims and parties that will be released by Settlement Class Members who do not exclude themselves from the Settlement. You can access the Settlement Agreement and read the specific details of the legal claims being released at www.OHSClassActionSettlement.com.

If you have any questions, you can contact the Settlement Administrator (*see* Question 18).

## THE LAWYERS REPRESENTING YOU

**13. Do I have a lawyer in this case?**

Yes. The Court appointed William B. Federman of Federman & Sherwood as Settlement Class Counsel. You will not be charged by these lawyers for their work on this case. If you want to be represented by your own lawyer, you may hire one at your own expense.

Settlement Class Counsel, Federman & Sherwood, can be reached at 405-235-1560.

**14. How will the lawyers be paid?**

Class Counsel has undertaken this case on a contingency-fee basis, meaning he has paid for all of the expenses in the case and has not been paid any money in relation to his work on this case. Accordingly, Class Counsel will ask the Court to award him Attorneys' Fees, costs, and expenses. The Court will decide the amount of fees and costs and expenses to be paid. You will not have to separately pay any portion of these fees yourself. Class Counsel's request for Attorneys' Fees and Costs (which must be approved by the Court) will be filed by **August 26, 2024** and will be available to view on the Settlement website at www.OHSClassActionSettlement.com. Any amount approved by the Court will be subject to the aggregate cap in Question 8.

**15. Will the Settlement Class Representatives receive additional money?**

The Settlement Class Representatives in this action are listed in the Settlement Agreement, which is available at www.OHSClassActionSettlement.com. Class Counsel will ask the Court to award the Settlement Class Representatives a "Service Award" of $2,500.00 for the time that the Settlement Class Representatives spent, and the risks that the Settlement Class Representatives undertook, in bringing this lawsuit on behalf of the class. This amount will have to be approved by the Court. Any amount approved by the Court will be subject to the aggregate cap referenced in Question 8.

# EXCLUDING YOURSELF FROM THE SETTLEMENT

**16. How do I exclude myself from the Settlement?**

If you are a member of the Settlement Class, you may exclude yourself from the Settlement (also known as "opting out"). If you exclude yourself, you will lose any right to participate in the Settlement, including any right to receive the benefits outlined in this notice.

If you decide on this option, you may keep any rights you have, if any, against Orrick, and you may file your own lawsuit against Orrick based upon the same legal claims that are asserted in this lawsuit, but you will need to find your own attorney at your own cost to represent you in that lawsuit. If you are considering this option, you may want to consult an attorney to determine your options.

**IMPORTANT:** You will be bound by the terms of the Settlement Agreement unless you submit a timely and signed written request to be excluded from the Settlement. To exclude yourself from the Settlement, you must do so online at www.OHSClassActionSettlement.com by **September 30, 2024** or mail a "request for exclusion," postmarked no later than **September 30, 2024**, to:

*Orrick Data Breach Litigation* Settlement Administrator
P.O. Box 301132
Los Angeles, CA 90030-1132

The statement must:

    (i)   Identify the case name of the Action;

    (ii)   Identify the name and address of the individual seeking exclusion from the Settlement;

    (iii)   Be personally signed by the individual seeking exclusion;

    (iv)   Include a statement clearly indicating the individual's intent to be excluded from the Settlement; and

    (v)   Request exclusion only for that one individual whose personal signature appears on the request.

**If you do not comply with these procedures and the deadline for exclusions, you will lose any opportunity to exclude yourself from the Settlement, and your rights will be determined in this lawsuit by the Settlement Agreement if it is approved by the Court.**

# OBJECTING TO THE SETTLEMENT

**17. How do I tell the Court that I like or do not like the Settlement Agreement?**

You can ask the Court to deny approval by filing an objection. You can't ask the Court to order a different settlement; the Court can only approve or reject the settlement. If the Court denies approval, no settlement payments will be sent out, and the lawsuit will continue. If that is what you want to happen, you should object.

Any objection to the proposed Settlement must be in writing. If you file a timely written objection, you may, but are not required to, appear at the Final Approval Hearing, either in person or through your own attorney. If you appear through your own attorney, you are responsible for hiring and paying that attorney. All written objections and supporting papers must include:

    (i)   The case name and number of the Action ("In re: Orrick, Herrington & Sutcliffe LLP Data Breach Litigation, Case No. 3:23-cv-04089-SI");

    (ii)   The name, address, and telephone number of the objecting Settlement Class Member and, if represented by counsel, of his/her counsel;

    (iii)   A statement of whether the objection applies only to the objector, to a specific subset of the class, or to the entire class;

(iv)   A statement of the number of times in which the objector (and, where applicable, objector's counsel) has objected to a class action settlement within the three years preceding the date that the objector files the objection, along with the caption of each case in which the objector has made such objection;

(v)    A statement of the specific grounds for the objection; and

(vi)   A statement of whether the objecting Settlement Class Member intends to appear at the Final Approval Hearing, and if so, whether personally or through counsel.

In addition to the foregoing requirements, if an objecting Settlement Class Member intends to speak at the Final Approval Hearing (whether *pro se* or through an attorney), the written objection must include a detailed description of any evidence the objecting Settlement Class Member may offer at the Final Approval Hearing, as well as copies of any exhibits the objecting Settlement Class Member may introduce at the Final Approval Hearing.

To be considered by the Court, your written objection must (1) be submitted to the Court either by filing it electronically or in person at any location of the United States District Court for the Northern District of California or by mailing it to the Class Action Clerk, United States District Court for the Northern District of California, San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102, and (2) be filed or postmarked on or before **September 30, 2024**.

**If you do not comply with these procedures and the deadline for objections, you may lose any opportunity to have your objection considered at the Final Approval Hearing or otherwise to contest the approval of the Settlement or to appeal from any orders or judgments entered by the Court in connection with the proposed Settlement. You will still be eligible to receive settlement benefits if the Settlement becomes final even if you object to the Settlement.**

The Court has scheduled a Final Approval Hearing to listen to and consider any concerns or objections from Settlement Class Members regarding the fairness, adequacy, and reasonableness of the terms of the Settlement Agreement. That hearing is currently scheduled to take place on **November 8, 2024 at 10:00 a.m. (PT)** before the Honorable Susan Illston, at the United States District Court for the Northern District of California located in Phillips Burton Federal Building & United States Courthouse, Courtroom 01, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102. This hearing date and time may be moved without notice to the class. Please refer to the Settlement website (www.OHSClassActionSettlement.com) for notice of any changes. You may also access the Court's docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 or any of its locations (available at https://cand.uscourts.gov/about/locations/), Monday through Friday between 9 AM and 4 PM, excluding Court holidays.

## GETTING MORE INFORMATION

### 18. How do I get more information?

If you have questions about this notice or the Settlement, you may go to the Settlement website at www.OHSClassActionSettlement.com or call 1-866-372-0017. You can also contact the Settlement Administrator at admin@OHSClassActionSettlement.com or by mailing a letter to *Orrick Data Breach Litigation* Settlement Administrator, P.O. Box 301132, Los Angeles, CA 90030-1132, for more information or to request that a copy of this document be sent to you in the mail. If you wish to communicate directly with Class Counsel, Federman & Sherwood, you may contact them at 405-235-1560. You may also seek advice and guidance from your own private lawyer at your own expense, if you wish to do so.

You may also access the Court's docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.cand.uscourts.gov, or by visiting the office of the Clerk of the Court for the United States District Court for the Northern District of California at San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102 or any of its locations (available at https://cand.uscourts.gov/about/locations/), Monday through Friday between 9 AM and 4 PM, excluding Court holidays.

This notice is only a summary of the lawsuit and the Settlement. Other related documents can be accessed through the Settlement website. If you have questions about the proposed Settlement, or wish to receive a copy of the Settlement Agreement but do not have access to the Internet to download a copy online, you may contact the Settlement Administrator. The Court cannot respond to any questions regarding this notice, the lawsuit, or the proposed Settlement.

***Please do not contact the Court, its Clerks, or Orrick.***

EXHIBIT G

**Vanessa Santacruz**

| | |
|---|---|
| **From:** | Donny Kanner███████████████ |
| **Sent:** | Tuesday, August 13, 2024 10:32 AM |
| **To:** | OHS Class Action Settlement |
| **Subject:** | Request to submit settlement objection |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello.

I see a form online that shows what information is required to object to the Orrick settlement. I also see info that suggests there is a way to submit my objection electronically. However I cannot find it on the website where I can submit a web form with the requested info:
https://www.ohsclassactionsettlement.com/

My objection is as follows:

Name: Daniel Kanner
Class Member ID: 10138533
████████████████████████████████
████████████████████

Date: 8/13/2024

Re: **Objection to Proposed Settlement in In Re: Orrick, Herrington & Sutcliffe LLP Data Breach Litigation** **Case No.: 3:23-cv-04089-SI**

 Dear Judge Illston, I am writing to formally object to the proposed settlement in the above-referenced case. While I appreciate the efforts to reach a settlement, I believe the sum of $8,000,000 is insufficient given the scale of the breach and the potential harm to over 460,000 individuals. The settlement amount does not adequately reflect the seriousness of Orrick's failure to protect personal data.
Moreover, the requirement for affected individuals to provide extensive documentation to claim reimbursement for losses places an undue burden on the victims, many of whom may not have retained such records. This process seems overly complex and inaccessible for those who may not have the resources to provide the necessary documentation, thereby limiting the compensation they rightfully deserve.
Additionally, the settlement appears to focus solely on compensating individuals who can prove specific losses, without addressing the broader wrongdoing by Orrick. The settlement does not hold Orrick sufficiently accountable for its negligence in safeguarding personal information, as it only compensates those who can demonstrate direct financial harm rather than recognizing the general damages and potential long-term risks faced by all affected individuals.

Furthermore, I believe the settlement should include an obligation for Orrick to provide class members with specific details about the data that was compromised and offer resources to proactively prevent harm beyond just credit monitoring. These resources should help victims take preventive measures to secure their identities and personal information, addressing the full scope of potential risks resulting from the breach. It is also concerning that Orrick is not required to admit any wrongdoing as part of this settlement. This lack of accountability perpetuates a system where companies can evade full responsibility for their actions by settling out of court with a relatively small fine, which is insignificant compared to the damage they have caused.
This approach undermines the protection of individual rights and does not serve as a sufficient deterrent against future negligence. In light of these concerns, I respectfully request that the Court reconsider the settlement terms to better reflect the magnitude of the breach, ease the documentation requirements for affected individuals, and ensure that Orrick is held fully accountable for its role in this significant data breach. Thank you for your attention to this matter.

EXHIBIT H

# Orrick, Herrington & Sutcliffe LLP Data  Claim Report

Page 1 of 1

10/3/2024 4:49:19 PM

**Selection criteria:**  All Claims, Opt Outs,  Ordered by: c.ClaimID

| Bundle / Item | Claim No | Claimant Name | State-Zip | Taxpayer ID | Allowed Loss | Distribution |
|---|---|---|---|---|---|---|
| | ORR-10049364-5 | KITE, DARYL | VA  22827 | | | |
| | ORR-10050782-4 | KNIGHTING, GISELLE | VA  22835 | | | |
| | ORR-10080800-0 | SIMON, BODHI | CA  92672 | | | |
| | ORR-10080801-8 | SIMON, JESSICA | CA  92672 | | | |
| | ORR-10196770-5 | XING, DIKAN | WA  98112 | | | |
| | ORR-10230507-2 | SCHMIDT, TIMOTHY L | MD  21136 | | | |
| | ORR-10291377-3 | ANDERSON, RUTH | MO  64485 | | | |
| | ORR-10300624-9 | LAI, LEONARD | CA  94583 | | | |
| | ORR-10300625-7 | LAI, PAMELA | CA  94583 | | | |
| | ORR-10351083-4 | DAHU, JIMMY F | NV  89044 | | | |
| | ORR-10388983-3 | GREENE, SALLY L | CA  95688 | | | |
| | ORR-10424185-3 | KENDL, ASHLEY | CA  92119 | | | |
| | ORR-10538338-4 | NEWSOM, ALOREA | KY  41537 | | | |
| | ORR-10538345-7 | NEWSOM, LEVI | KY  41537 | | | |
| | ORR-10549153-5 | KISER, CAROL | TN  37075 | | | |
| | ORR-10572262-6 | ZAMOR, LAURENCE | MN  55076 | | | |
| | ORR-10579601-8 | VERRONE, PATTI A | FL  33872 | | | |
| | ORR-10594620-6 | ZALIAGIRIS, JOHN | MI  48439 | | | |
| | ORR-10598099-4 | TURNER, DEBRA | CA  94553 | | | |

**# Claims**

Report Totals:            19